**FILED**
November 5, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )           Case No. CR. S-08-0472 FCD
            Plaintiff,              )
v.                                  )           ORDER FOR RELEASE OF
                                    )           PERSON IN CUSTODY
ESMERALDA C. BONACHITA,             )
                                    )
            Defendant.              )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ESMERALDA C. BONACHITA</u>, Case No. <u>CR. S-08-0472 FCD</u>, Charge <u>Title 18 USC § 1344</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ 25,000.00

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other)   Pretrial Services Supervision of Conditions of Release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 5, 2009  at  2:30  pm.

By _____Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge