1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ESMERALDA C. BONACHITA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR.S-08-472 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| ESMERALDA C. BONACHITA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

This case is currently scheduled for a status hearing on January 11, 2010.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 11, 2010, be continued until January 25, 2010, at 10:00 a.m..  In addition, the parties stipulate that the time period from January 11, 2010, to January 25, 2010,  be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1  DATED:January 7, 2010

2
                    Respectfully submitted,
3
   BENJAMIN B. WAGNER                    DANIEL BRODERICK
4  United States Attorney                Federal Defender

5

6   */s/ Lexi Negin for*                   */s/ Lexi Negin*
   SAMANTHA SPANGLER                     LEXI NEGIN
7  Assistant U.S. Attorney               Assistant Federal Defender
   Attorney for United States            Attorney for Esmeralda C. Bonachita
8

9      **IT IS SO ORDERED.**

10 DATED: January 7, 2010

11

12                                       FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE