1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ESMERALDA C. BONACHITA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   CASE NO. CR. S-08-472 FCD
                                       )
12              Plaintiff,             )
                                       )   STIPULATION AND ORDER TO CONTINUE
13       v.                            )   STATUS HEARING AND TO EXCLUDE TIME
                                       )   PURSUANT TO THE SPEEDY TRIAL ACT
14                                     )
    ESMERALDA C. BONACHITA,            )
15                                     )
                Defendant.             )
16  _____   )

17       This case is currently scheduled for a status hearing on March 22, 2010.  The attorneys for both

18  parties have conferred and agree that additional time is needed for defense preparation and meetings

19  between the parties with the goal being to resolve the case by way of a disposition.

20       The parties, through their respective counsel, hereby stipulate and agree that the status conference

21  scheduled in this case for March 22, 2010, be continued until April 26, 2010, at 10:00 a.m..  In addition,

22  the parties stipulate that the time period from March 22, 2010, to April 26, 2010,  be excluded under the

23  Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense

24  counsel with the reasonable time to prepare.

25  ///

26  ///

27  ///

28
                                        1

DATED: March 17, 2010

                 Respectfully submitted,

BENJAMIN B. WAGNER            DANIEL BRODERICK
United States Attorney               Federal Defender


*/s/ Lexi Negin for*                   */s/ Lexi Negin*
SAMANTHA SPANGLER          LEXI NEGIN
Assistant U.S. Attorney            Assistant Federal Defender
Attorney for United States         Attorney for Esmeralda C. Bonachita

**IT IS SO ORDERED.**


DATED: March 17, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE