DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ESMERALDA C. BONACHITA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR. S-08-472 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO VACATE |
| ) | STATUS HEARING AND TO SET CHANGE |
| v. ) | OF PLEA HEARING AND TO EXCLUDE |
| ) | TIME |
| ESMERALDA C. BONACHITA, ) | |
| ) | Date: June 28, 2010 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Frank C. Damrell, Jr. |

This case is currently scheduled for status conference on May 10, 2010. The attorneys for both parties have conferred and agree that the status conference hearing date be vacated and a change of plea hearing date of June 28, 2010, at 10:00 a.m. be set.

This continuance is being requested because the parties are working on a resolution of the case and need more time to revise the plea agreement.

It is further stipulated and agreed between the parties that the period from May 10, 2010, through and including June 28, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

///

///

1

DATED:  May 5, 2010

Respectfully submitted,

BENJAMIN B. WAGNER                          DANIEL BRODERICK
United States Attorney                              Federal Defender


 */s/ Lexi Negin for*                                    */s/ Lexi Negin*
SAMANTHA SPANGLER                         LEXI NEGIN
Assistant U.S. Attorney                           Assistant Federal Defender
Attorney for United States                      Attorney for Esmeralda C. Bonachita


**IT IS SO ORDERED**.

DATED: May 5, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28